**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **LIVAN MACHADO GONZALEZ**<br>**Plaintiff**<br><br>**versus**<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) Director, Joseph B. Edlow;**<br><br>**USCIS;**<br><br>**SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, Director Markwayne Mullin;**<br><br>**UNITED STATES ATTORNEY GENERAL, Todd Blanche;**<br><br>**NATIONAL BENEFITS CENTER, Rose M. Kendrick.**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.:** |

**PROPOSED ORDER ON PETITION FOR DECLARATORY RELIEF THROUGH WRIT OF MANDAMUS**

The Court has considered Plaintiff, Livan Machado Gonzalez Petition for Declaratory Relief through Writ of Mandamus, and the supporting documents thereof.

IT IS HEREBY ORDERED that Plaintiff's Petition seeking Mandamus relief be:

_____________ Granted _________________ Denied

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

1. Defendants, specifically USCIS, shall adjudicate Plaintiff's Form I-485;
2. USCIS is ordered to render a decision within _________ days of this order;
3. Defendants shall file proof, within _____ days adjudication, that the action commanded by this Writ has been fully executed

**IT IS SO ORDERED**

Signed on this ____________ day of ____________ 2026.

_____________________________
Presiding Judge
United States District Judge